UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRX SERVICES, LLC, d/b/a
TRANSACTION SERVICES

Case No 6:17-CV-627-ORL-41GJK

        Plaintiff,

v.

RICHARD KLING

        Defendant.

_____/

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT

**COMES NOW,** Defendant, RICHARD KLING (hereinafter "Defendant" or "Mr. Kling"), moves the court for an order substituting Heather M. Meglino, Esquire for Erin E. Morse, Esquire as counsel of record for the Defendant in this action, relieving Heather M. Meglino, Esquire for all further responsibility as counsel, and directing the Clerk to terminate Heather M. Meglino, Esquire from this matter.


/s/ Heather M. Meglino   
Heather M. Meglino, Esquire
118 E. Jefferson St.
Suite 207
Orlando, Florida, FL 32801
407-900-7440
Heather.Meglino@MeglinoLaw.com

/s/ Erin E. Morse     
Erin E. Morse, Esquire
17 N. Summerlin Avenue
Suite 100
Orlando, FL 32801
407-900-7451
Erin@Morse-Firm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>28th</u> day of July, 2017, a true and correct copy of the foregoing was delivered via USPS mail delivery to David A. Young, Esquire, 200 South Orange Avenue, Suite 1100, Orlando, FL 32801, dyoung@fisherphillips.com; and Michael P. Elkon, Esquire, 1075 Peachtree Street, Suite 3500, Atlanta, GA, 30309, melkon@fisherphillips.com.

Respectfully submitted,

**Erin E. Morse, Esquire**
**Trial Counsel**
Fla. Bar No.:  121612
Law Office of Erin Morse
17 N. Summerlin, Suite 100
Orlando, FL 32801
P: 407-900-7451
Erin@Morse-Firm.com
Admin@Morse-Firm.com